In re Estate of T. B. Dukes.
James Gibson, Plaintiff-Appellant, v. Mattie Williams, Defendant-Appellee.

Gen. No. M–51,245.

First District, First Division.

April 3, 1967.

Everett Simpson, of Chicago, for appellant; Oliver A. Clark and William C. Ritter, of Chicago (Lawrence E. Haliburton, Clinton O. Sims, Glenn C. Fowlkes and Joseph W. Handy, Jr., of counsel), for appellee. Opinion by JUSTICE BURMAN. Not to be published in full.